UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MCDAY,

Plaintiff,

-against-

DANIEL MARTUSCELLO, et al.,

Defendants.

**ORDER OF SERVICE**

25-CV-03364 (PMH)

PHILIP M. HALPERN, United States District Judge:

Service of process pursuant to the Court's prior order of service (Doc. 9) has not yet been completed on Defendants S.O.R.C. St. Louis, S.P.O. Johnson, P.O. Bito,[1] and P.O. King. Defense counsel has advised the Court that these defendants were served at the wrong address. Accordingly, the Court will direct the issuance of summonses and USM-285 forms, and *sua sponte* extend the time to serve until 90 days after the issuance of summonses pursuant to this order.

Accordingly, to allow Plaintiff to effect service on Defendants St. Louis, Johnson, Bito, and King through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effectuate service upon these defendants. The time to serve is extended until 90 days after the date summonses are issued pursuant to this order.

If the complaint is not served within 90 days after the date summonses are issued pursuant to this order, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*,

[1] Defense counsel has advised the Court that "Bito" is likely a misspelling of the last name of P.O. Melissa Bido.

682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**SO ORDERED:**

Dated: White Plains, New York
August 26, 2026

PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Assistant Deputy Superintendent Wakeyta St. Louis
   Bedford Hills Correctional Facility
   247 Harris Road
   Bedford Hills, NY 10507-2400

2. Senior Parole Officer Ashley Johnson
   New York State Department of Corrections and Community Supervision
   Divisions of Parole Office
   Manhattan Area Office
   314 West 40th Street
   New York, NY 10018

3. Parole Officer Melissa Bido
   New York State Department of Corrections and Community Supervision
   Divisions of Parole Office
   Manhattan Area Office
   314 West 40th Street
   New York, NY 10018

4. Parole Officer Morse King
   New York State Department of Corrections and Community Supervision
   Divisions of Parole Office
   Bronx Area II Office
   14 Bruckner Boulevard
   Bronx, NY 10454